Fill in this information to identify the case:

United States Bankruptcy Court for the:
Western District of New York

Case number (If known): _____ Chapter _____



FILED
2020 APR 20 AM 9:19
U.S. BANKRUPTCY COURT
W.D.N.Y.-BUFFALO

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**
   First name: John
   Middle name: L.
   Last name: Hutchins
   Suffix (Sr., Jr., II, III):

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   The Woods At Bear Creek, LLC
   Rapids Theater Niagara Falls Inc
   DBA - John L. Hutchins

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☒ Unknown
   XXX – XX – ____ ____ ____ ____    OR    9 XX – XX – ____ ____ ____ ____

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown
   EIN: 45-3545971
   EIN: _____

Official Form 105        Involuntary Petition Against an Individual        page 1

6. **Debtor's address**

   **Principal residence**

   606 Mountain View Dr.
   Number Street

   Lewiston, NY 14092
   City State ZIP Code

   Niagara
   County

   **Mailing address, if different from residence**

   Number Street

   City State ZIP Code

   **Principal place of business**

   1711 Main Street
   Number Street

   Niagara Falls, NY 14305
   City State ZIP Code

   Niagara
   County

7. **Type of business**

   ☐ Debtor does not operate a business

   *Check one if the debtor operates a business:*

   1)
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ None of the above

   3) Lodging – Woods At Bear Creek, LLC

   2) → Tavern/Bar – Rapids Theatre

8. **Type of debt**

   **Each petitioner believes:**

   ☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ☒ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

   ☐ No
   ☒ Yes. Debtor The Woods At Bear Creek, LLC   Relationship Owner/President
   District Western NY   Date filed 12/5/2019   Case number, if known 1:19-bk-12517

   Debtor _____   Relationship _____
   District _____   Date filed _____   Case number, if known _____

### Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) **Multiple Assets in District**

*Absolute Jurisdiction*

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☐ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Glenn R. Heale | Judgment | $ 109,545. |
|  | = 6 | $ 109,545.00 |
|  |  | $ |
|  | Total | $ 109,545.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor _____  Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _____/s/ Robert Houle_____
Signature of petitioner or representative, including representative's title

Printed name of petitioner: Robert Houle — Representative/Agent

Date signed: 4/15/2020

**Mailing address of petitioner**

166 Park St
Number  Street

Canandaigua, NY 14424
City  State  ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone: 585-394-8554

Email: _____

**Name and mailing address of petitioner's representative, if any**

Robert Houle
Name

PO Box 86
Number  Street

Mendon, NY 14506
City  State  ZIP Code

**Attorneys**

✗ _____PRO/SE_____
Signature of attorney

Printed name: _____

Firm name, if any: _____

Number  Street

City  State  ZIP Code

Date signed: MM / DD / YYYY

Contact phone _____  Email _____

# TRANSCRIPT OF JUDGMENT

**DEBTORS**
HUTCHINS, JOHN
606 MOUNTAIN VIEW
LEWISTON, NY 14092

FINGER LAKES MOBILE HOME PARK LLC
7510 PORTER ROAD
NIAGARA FALLS, NY 14304

**CREDITORS**
HOULE, GLENN R
166 PARK STREET
CANANDAIGUA, NY 14424

DAMAGES: $51,942.18
INTEREST: $47,465.19
COSTS:
ATTY FEE / PEN:
**AMOUNT OF JUDGMENT:** $99,407.37

**ATTORNEY FOR CREDITOR**

JUDGMENT RENDERED
COURT: SUPREME
DATE: 12/12/2018

DATE / TIME DOCKETED
12/13/2018 04:02 PM
COUNTY: ONTARIO

CIVIL INDEX #: ID ONT 102768

REMARKS:

**PAID**
JAN 09 2019
JOSEPH A. JASTRZEMSKI
NIAGARA COUNTY CLERK

**ORIGINAL FILED**
JAN 09 2019
JOSEPH A. JASTRZEMSKI
NIAGARA COUNTY CLERK





2019401399
2019J00368
01/09/2019 04:17:12 P
1 Pages
TRANSCRIPT OF JDM

Joseph A. Jastrzemski, Niagara County Clerk   Clerk:Cl

**STATE OF NEW YORK ONTARIO COUNTY CLERK'S OFFICE SS:**
I, Matthew J. Hoose, Clerk of the county of Ontario, hereby certify that the abo
is a correct transcript from the Docket of Judgments in my office.

In witness whereof, I have hereunto set my name and affixed my official seal
at Canandaigua, New York.
This **2nd** day of **January**, 2019

**Matthew J. Hoose**   by _Pamela Keefe_
**County Clerk**            Acting Deputy County Clerk